United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Gina M. Chaney  
    Debtor

Case No. 22-00282-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 2  
Date Rcvd: Mar 09, 2022     Form ID: ntnew341     Total Noticed: 24

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 11, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gina M. Chaney, 1260 Brook Dr., Dover, PA 17315-2859 |
| cr | + | U.S. Bank National Association, as Trustee, succes, Robertson, Anschutz, Schneid, Crane & Pa, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 5460297 | + | Mrc/united Wholesale M, Attn: Bankruptcy, P. O. Box 619098, Dallas, TX 75261-9098 |
| 5460306 | + | Office of Attorney General, Financial Enforcement, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 5462488 | + | ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PL, 130 CLINTON RD #202, FAIRFIELD, NJ 07004-2927 |
| 5460309 | | United States Attorney, PO Box 11754, Harrisburg, PA 17108-1754 |
| 5460303 | + | York Adams Tax Bureau, 59 East High Street, Gettysburg, PA 17325-2355 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Mar 09 2022 18:46:11 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5460293 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 09 2022 18:35:00 | Comenity Bank/Overstock, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5460294 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 09 2022 18:46:07 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 5460304 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Mar 09 2022 18:35:00 | Bureau of Employer Tax Operations, PO Box 68568, Harrisburg, PA 17106 |
| 5461910 | | Email/Text: mrdiscen@discover.com | Mar 09 2022 18:35:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany Ohio 43054-3025 |
| 5460295 | + | Email/Text: mrdiscen@discover.com | Mar 09 2022 18:35:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 5460305 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 09 2022 18:35:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5463010 | + | Email/Text: collections@mecu.com | Mar 09 2022 18:35:00 | MECU CREDIT UNION, 1 South Street, 14th Floor, Baltimore, MD 21202-3298 |
| 5460296 | + | Email/Text: collections@mecu.com | Mar 09 2022 18:35:00 | MECU of Baltimore, Inc., Attn: Bankruptcy, One South St., Baltimore, MD 21202-3298 |
| 5460297 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 09 2022 18:35:00 | Mrc/united Wholesale M, Attn: Bankruptcy, P. O. Box 619098, Dallas, TX 75261-9098 |
| 5460308 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 09 2022 18:35:00 | PA Department of Revenue, Department 280946, Attn:Bankruptcy, Harrisburg, PA 17128-0946 |
| 5460298 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 09 2022 18:46:11 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 5460666 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 09 2022 18:46:14 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

Case 1:22-bk-00282-HWV    Doc 16    Filed 03/11/22    Entered 03/12/22 00:27:06    Desc  
Imaged Certificate of Notice    Page 1 of 3

| | | | | |
| --- | --- | --- | --- | --- |
| 5460299 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 09 2022 18:46:14 | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 5460300 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 09 2022 18:46:10 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5460301 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 09 2022 18:46:14 | Synchrony Bank/Sams Club, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 5460307 | | Email/Text: TAX-CTS-Eastern.BankruptcyMail@usdoj.gov | Mar 09 2022 18:35:00 | U.S. Department of Justice, PO Box 227, Ben Franklin Station, Washington, DC 20044 |
| 5460302 | | Email/Text: bankruptcydept@wyn.com | Mar 09 2022 18:35:00 | Wyndham Vacation Ownership, Attn: Bankruptcy, Po Box 98940, Las Vegas, NV 89193 |

TOTAL: 18

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2022      Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 9, 2022 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Charles G. Wohlrab | on behalf of Creditor U.S. Bank National Association as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for Merrill cwohlrab@raslg.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| John Matthew Hyams | on behalf of Debtor 1 Gina M. Chaney jmh@johnhyamslaw.com acb@johnhyamslaw.com;hyamsjr90415@notify.bestcase.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Gina M. Chaney,<br>**Debtor 1** | Chapter 13<br><br>Case No. 1:22−bk−00282−HWV |

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| | |
|---|---|
| 341 meeting by video conference, further details will be provided to you | Date: April 7, 2022<br>Time: 11:00 AM |

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: ChristopherGambini, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: March 9, 2022 |

ntnew341 (04/18)