

| | Employee Name: | Gina Chaney | Pay Date: | 12/3/2021 |
|---|---|---|---|---|
| | Employee #: | 78110 | Pay Period: | 11/22/2021 - 11/28/2021 |
| | Employee Address: | 1260 Brooke Drive Dover, PA 17315 | Deposit Advice #: | 442802065 |
| | Department: | Assembly 9700303 YORK YK01 | Pay Frequency: | Weekly |
| | | | Federal Filing Status: | Single |
| | Job Title: | Production Technician 1 Y01 | Federal 2c/Extra Withholding: | No |
| Employer Name: | Harley-Davidson Motor Company Group, LLC | | Local Exemptions: | (Springettsbury) |
| Employer Phone: | 414-343-4333 | | State Filing Status: | (PA) |
| Employer Address: | 3700 W. Juneau Ave. Milwaukee, WI 53208 | | State Exemptions: | (PA) |

| | Current 11/22/2021 - 11/28/2021 | | | YTD As of 11/28/2021 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | | | | 1,188.8411 | $13,832.29 |
| OVERTIME 0.5 | | | | 55.2835 | $643.23 |
| OVERTIME 1.0 | | | | 55.2834 | $1,242.22 |
| RETRO REG | | | | 2.0000 | $44.94 |
| SHIFT REG | | | | 564.7740 | $451.82 |
| RETRO SHIFT REG | | | | 2.0000 | $1.60 |
| REGULAR | | | | 509.5002 | $11,448.48 |
| **Taxable Benefits** | | | $0.54 | | $7.02 |
| BASIC LIFE | | | $0.54 | | $7.02 |
| **Memo Information** | | | $134.50 | | $1,748.50 |
| ER PAID MEDICAL | | | $134.50 | | $1,748.50 |
| **Pre-Tax Deductions** | | | | | $730.17 |
| MED INS PREM | | | | | $90.00 |
| DNTL INS PREM | | | | | $11.88 |
| VISN INS PREM | | | | | $1.68 |
| 401K PRE TAX | | | | | $626.61 |
| **Taxes** | | | | | $2,853.49 |
| Fed W/H | | | | | $1,165.79 |
| FICA EE | | | | | $851.58 |
| Fed MWT EE | | | | | $199.16 |
| PA W/H | | | | | $421.46 |
| PA UT EE | | | | | $8.30 |
| SprgtbyTwpW/H | | | | | $192.20 |
| SprnCYTwp LST-Y | | | | | $15.00 |
| **Post-Tax Deductions** | | | | | $360.00 |
| INITIAT FEE | | | | | $216.00 |
| UDUES 175 | | | | | $144.00 |
| | Routing # | Account # | Amount | | Amount |
| **Net Pay** | | | | | $9,888.63 |
| Direct Deposit | 231382241 | XXXXXXXXXXXXX5006 | $0.00 | | |

Page 1 of 1

CERIDIAN

Case 1:22-bk-00282-HWV    Doc 19    Filed 03/31/22    Entered 03/31/22 13:30:02    Desc
Main Document    Page 1 of 4



| | Current 11/29/2021 - 12/5/2021 | | | YTD As of 12/5/2021 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | | | | 1,188.8411 | $13,832.29 |
| OVERTIME 0.5 | | | | 55.2835 | $643.23 |
| OVERTIME 1.0 | | | | 55.2834 | $1,242.22 |
| RETRO REG | | | | 2.0000 | $44.94 |
| SHIFT REG | | | | 564.7740 | $451.82 |
| RETRO SHIFT REG | | | | 2.0000 | $1.60 |
| REGULAR | | | | 509.5002 | $11,448.48 |
| **Taxable Benefits** | | | $0.54 | | $7.56 |
| BASIC LIFE | | | $0.54 | | $7.56 |
| **Memo Information** | | | $134.50 | | $1,883.00 |
| ER PAID MEDICAL | | | $134.50 | | $1,883.00 |
| **Pre-Tax Deductions** | | | | | $730.17 |
| MED INS PREM | | | | | $90.00 |
| DNTL INS PREM | | | | | $11.88 |
| VISN INS PREM | | | | | $1.68 |
| 401K PRE TAX | | | | | $626.61 |
| **Taxes** | | | | | $2,853.49 |
| Fed W/H | | | | | $1,165.79 |
| FICA EE | | | | | $851.58 |
| Fed MWT EE | | | | | $199.16 |
| PA W/H | | | | | $421.46 |
| PA UT EE | | | | | $8.30 |
| SprgtbyTwpW/H | | | | | $192.20 |
| SprnCYTwp LST-Y | | | | | $15.00 |
| **Post-Tax Deductions** | | | | | $360.00 |
| INITIAT FEE | | | | | $216.00 |
| UDUES 175 | | | | | $144.00 |
| | Routing # | Account # | Amount | | Amount |
| **Net Pay** | | | | | $9,888.63 |
| Direct Deposit | 231382241 | XXXXXXXXXXXXX5006 | $0.00 | | |

Employee Name: Gina Chaney
Employee #: 78110
Employee Address: 1260 Brooke Drive, Dover, PA 17315
Department: Assembly 9700303 YORK YK01
Job Title: Production Technician 1 Y01

Pay Date: 12/10/2021
Pay Period: 11/29/2021 - 12/5/2021
Deposit Advice #: 444437845
Pay Frequency: Weekly
Federal Filing Status: Single
Federal 2c/Extra Withholding: No
Local Exemptions: (Springettsbury)
State Filing Status: (PA)
State Exemptions: (PA)

Employer Name: Harley-Davidson Motor Company Group, LLC
Employer Phone: 414-343-4333
Employer Address: 3700 W. Juneau Ave. Milwaukee, WI 53208



| Employee Name: | Gina Chaney | Pay Date: | 12/17/2021 |
| --- | --- | --- | --- |
| Employee #: | 78110 | Pay Period: | 12/6/2021 - 12/12/2021 |
| Employee Address: | 1260 Brooke Drive Dover, PA 17315 | Deposit Advice #: | 446371212 |
| Department: | Assembly 9700303 YORK YK01 | Pay Frequency: | Weekly |
| | | Federal Filing Status: | Single |
| Job Title: | Production Technician 1 Y01 | Federal 2c/Extra Withholding: | No |
| | | Local Exemptions: | (Springettsbury) |
| | | State Filing Status: | (PA) |
| | | State Exemptions: | (PA) |

**Employer Name:** Harley-Davidson Motor Company Group, LLC
**Employer Phone:** 414-343-4333
**Employer Address:** 3700 W. Juneau Ave. Milwaukee, WI 53208

| | Current 12/6/2021 - 12/12/2021 | | | YTD As of 12/12/2021 | |
| --- | --- | --- | --- | --- | --- |
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | 16.0000 | | $186.16 | 1,204.8411 | $14,018.45 |
| OVERTIME 0.5 | | | | 55.2835 | $643.23 |
| OVERTIME 1.0 | | | | 55.2834 | $1,242.22 |
| RETRO REG | | | | 2.0000 | $44.94 |
| SHIFT REG | 8.0000 | 0.8000 | $6.40 | 572.7740 | $458.22 |
| RETRO SHIFT REG | | | | 2.0000 | $1.60 |
| REGULAR | 8.0000 | 22.4700 | $179.76 | 517.5002 | $11,628.24 |
| **Taxable Benefits** | | | $0.54 | | $8.10 |
| BASIC LIFE | | | $0.54 | | $8.10 |
| **Memo Information** | | | $134.50 | | $2,017.50 |
| ER PAID MEDICAL | | | $134.50 | | $2,017.50 |
| **Pre-Tax Deductions** | | | $37.06 | | $767.23 |
| MED INS PREM | | | $22.50 | | $112.50 |
| DNTL INS PREM | | | $2.97 | | $14.85 |
| VISN INS PREM | | | $0.42 | | $2.10 |
| 401K PRE TAX | | | $11.17 | | $637.78 |
| **Taxes** | | | $20.66 | | $2,874.15 |
| Fed W/H | | | | | $1,165.79 |
| FICA EE | | | $10.04 | | $861.62 |
| Fed MWT EE | | | $2.35 | | $201.51 |
| PA W/H | | | $4.92 | | $426.38 |
| PA UT EE | | | $0.11 | | $8.41 |
| SprgtbyTwpW/H | | | $2.24 | | $194.44 |
| SprnCYTwp LST-Y | | | $1.00 | | $16.00 |
| **Post-Tax Deductions** | | | | | $360.00 |
| INITIAT FEE | | | | | $216.00 |
| UDUES 175 | | | | | $144.00 |
| | Routing # | Account # | Amount | | Amount |
| **Net Pay** | | | $128.44 | | $10,017.07 |
| Direct Deposit | 231382241 | XXXXXXXXXXXXX5006 | $50.00 | | |
| Direct Deposit | 031310086 | XXX3231 | $78.44 | | |



| | Employee Name: | Gina Chaney | Pay Date: | 12/24/2021 |
| --- | --- | --- | --- | --- |
| | Employee #: | 78110 | Pay Period: | 12/13/2021 - 12/19/2021 |
| | Employee Address: | 1260 Brooke Drive Dover, PA 17315 | Deposit Advice #: | 448522751 |
| | Department: | Assembly 9700303 YORK YK01 | Pay Frequency: | Weekly |
| | Job Title: | Production Technician 1 Y01 | Federal Filing Status: | Single |
| | | | Federal 2c/Extra Withholding: | No |
| Employer Name: | Harley-Davidson Motor Company Group, LLC | | Local Exemptions: | (Springettsbury) |
| Employer Phone: | 414-343-4333 | | State Filing Status: | (PA) |
| Employer Address: | 3700 W. Juneau Ave. Milwaukee, WI 53208 | | State Exemptions: | (PA) |

| | Current 12/13/2021 - 12/19/2021 | | | YTD As of 12/19/2021 | |
| --- | --- | --- | --- | --- | --- |
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | 110.0000 | | $1,279.85 | 1,314.8411 | $15,298.30 |
| OVERTIME 0.5 | 10.0000 | 11.6350 | $116.35 | 65.2835 | $759.58 |
| OVERTIME 1.0 | 10.0000 | 22.4700 | $224.70 | 65.2834 | $1,466.92 |
| RETRO REG | | | | 2.0000 | $44.94 |
| SHIFT REG | 50.0000 | 0.8000 | $40.00 | 622.7740 | $498.22 |
| RETRO SHIFT REG | | | | 2.0000 | $1.60 |
| REGULAR | 40.0000 | 22.4700 | $898.80 | 557.5002 | $12,527.04 |
| **Taxable Benefits** | | | $0.54 | | $8.64 |
| BASIC LIFE | | | $0.54 | | $8.64 |
| **Memo Information** | | | $134.50 | | $2,152.00 |
| ER PAID MEDICAL | | | $134.50 | | $2,152.00 |
| **Pre-Tax Deductions** | | | $85.42 | | $852.65 |
| MED INS PREM | | | $7.50 | | $120.00 |
| DNTL INS PREM | | | $0.99 | | $15.84 |
| VISN INS PREM | | | $0.14 | | $2.24 |
| 401K PRE TAX | | | $76.79 | | $714.57 |
| **Taxes** | | | $283.81 | | $3,157.96 |
| Fed W/H | | | $127.92 | | $1,293.71 |
| FICA EE | | | $78.85 | | $940.47 |
| Fed MWT EE | | | $18.44 | | $219.95 |
| PA W/H | | | $39.03 | | $465.41 |
| PA UT EE | | | $0.77 | | $9.18 |
| SprgtbyTwpW/H | | | $17.80 | | $212.24 |
| SprnCYTwp LST-Y | | | $1.00 | | $17.00 |
| **Post-Tax Deductions** | | | | | $360.00 |
| INITIAT FEE | | | | | $216.00 |
| UDUES 175 | | | | | $144.00 |
| | Routing # | Account # | Amount | | Amount |
| **Net Pay** | | | $910.62 | | $10,927.69 |
| Direct Deposit | 231382241 | XXXXXXXXXXXX5006 | $50.00 | | |
| Direct Deposit | 031310086 | XXX3231 | $150.00 | | |
| Direct Deposit | 231382241 | XXXXXX0065 | $710.62 | | |

Page 1 of 1

CERIDIAN