| | |
|---|---|
| In re: | Case No. 22-00282-HWV |
| Gina M. Chaney | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Apr 07, 2022 | Form ID: ntcnfhrg | Total Noticed: 26 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 09, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gina M. Chaney, 1260 Brook Dr., Dover, PA 17315-2859 |
| cr | + | U.S. Bank National Association, as Trustee, succes, Robertson, Anschutz, Schneid, Crane & Pa, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 5460306 | + | Office of Attorney General, Financial Enforcement, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 5462488 | + | ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PL, 130 CLINTON RD #202, FAIRFIELD, NJ 07004-2927 |
| 5460309 | | United States Attorney, PO Box 11754, Harrisburg, PA 17108-1754 |
| 5460303 | + | York Adams Tax Bureau, 59 East High Street, Gettysburg, PA 17325-2355 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Apr 07 2022 18:47:39 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5460293 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 07 2022 18:42:00 | Comenity Bank/Overstock, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5460294 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 07 2022 18:47:12 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 5460304 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Apr 07 2022 18:42:00 | Bureau of Employer Tax Operations, PO Box 68568, Harrisburg, PA 17106 |
| 5461910 | | Email/Text: mrdiscen@discover.com | Apr 07 2022 18:42:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany Ohio 43054-3025 |
| 5460295 | + | Email/Text: mrdiscen@discover.com | Apr 07 2022 18:42:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 5460305 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 07 2022 18:42:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5467793 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 07 2022 18:47:39 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5463010 | + | Email/Text: collections@mecu.com | Apr 07 2022 18:42:00 | MECU CREDIT UNION, 1 South Street, 14th Floor, Baltimore, MD 21202-3298 |
| 5460296 | + | Email/Text: collections@mecu.com | Apr 07 2022 18:42:00 | MECU of Baltimore, Inc., Attn: Bankruptcy, One South St., Baltimore, MD 21202-3298 |
| 5460297 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 07 2022 18:42:00 | Mrc/united Wholesale M, Attn: Bankruptcy, P. O. Box 619098, Dallas, TX 75261-9098 |
| 5460308 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 07 2022 18:42:00 | PA Department of Revenue, Department 280946, Attn:Bankruptcy, Harrisburg, PA 17128-0946 |
| 5460298 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 07 2022 18:47:27 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 5466613 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 07 2022 18:47:28 | Portfolio Recovery Associates, LLC, POB 12914, |

| | | | | |
|---|---|---|---|---|
| 5460666 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 07 2022 18:47:38 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5460299 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 07 2022 18:47:25 | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 5460300 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 07 2022 18:47:10 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5460301 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 07 2022 18:47:10 | Synchrony Bank/Sams Club, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 5460307 | | Email/Text: TAX-CTS-Eastern.BankruptcyMail@usdoj.gov | Apr 07 2022 18:42:00 | U.S. Department of Justice, PO Box 227, Ben Franklin Station, Washington, DC 20044 |
| 5460302 | | Email/Text: bankruptcydept@wyn.com | Apr 07 2022 18:42:00 | Wyndham Vacation Ownership, Attn: Bankruptcy, Po Box 98940, Las Vegas, NV 89193 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 09, 2022     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 7, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles G. Wohlrab | on behalf of Creditor U.S. Bank National Association as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for Merrill cwohlrab@raslg.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| John Matthew Hyams | on behalf of Debtor 1 Gina M. Chaney jmh@johnhyamslaw.com acb@johnhyamslaw.com;hyamsjr90415@notify.bestcase.com |
| Rebecca Ann Solarz | on behalf of Creditor U.S. Bank National Association as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for Merrill bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | | |
| Gina M. Chaney, | Chapter | 13 |
| **Debtor 1** | Case No. | 1:22−bk−00282−HWV |

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**May 4, 2022** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: May 11, 2022<br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

**FACE MASKS AND APPROPRIATE SOCIAL DISTANCING WILL BE REQUIRED IN THE COURTROOM.**

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: ChristopherGambini, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: April 7, 2022 |

ntcnfhrg (08/21)