# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Gina M. Chaney<br>                          Debtor(s)<br><br>U.S. Bank N.A., as Trustee, successor in interest to Bank of America, N.A., as Trustee, successor by merger to LaSalle Bank N.A., as Trustee for Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series 2006-FF1<br>                          Movant<br>          vs.<br><br>Gina M. Chaney<br>                          Debtor(s)<br><br>Jack N. Zaharopoulos,<br>                          Trustee | BK NO. 22-00282 HWV<br><br>Chapter 13<br><br>Related to Claim No. 10 |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Michael P. Farrington of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>February 03, 2023</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Gina M. Chaney
1260 Brook Drive
Dover, PA 17315

Attorney for Debtor(s)
John Matthew Hyams, Law Offices of John M. Hyams
2023 N 2nd Street
Harrisburg, PA 17102

Trustee
Jack N. Zaharopoulos
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Method of Service: electronic means or first class mail

Dated: <u>February 03, 2023</u>

**/s/ Michael P. Farrington**
Michael P. Farrington, Esq.
Attorney I.D. 329636
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
(215) 825-6488
mfarrington@kmllawgroup.com